NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

LUIGI MALATESTA and DIANNE
MALATESTA,

        Appellants,

v.

NATIONSTAR MORTAGE, LLC; E*TRADE
BANK; and LAKE HEATHER OAKS
HOMEOWNERS' ASSOCIATION, INC.,

        Appellees.

Case No. 2D17-1815

Opinion filed June 15, 2018.

Appeal from the Circuit Court for
Hillsborough County; Emmett Lamar
Battles, Judge.

Mark P. Stopa of Stopa Law Firm, Tampa;
and Latasha Scott of Lord Scott, PLLC,
Tampa, for Appellants.

Nancy M. Wallace of Akerman LLP,
Tallahassee; William P. Heller of Akerman
LLP, Fort Lauderdale; Celia C. Falzone of
Akerman LLP, Jacksonville; and Heather L.
Fesnak of Akerman LLP, Tampa, for
Appellee Nationstar Mortgage, LLC.

No appearance for remaining Appellees.

PER CURIAM.

Affirmed.  See CitiMortgage, Inc. v. Hoskinson, 200 So. 3d 191, 192 (Fla. 5th DCA 2016); Sill v. JPMorgan Chase Bank, N.A., 182 So. 3d 851, 852-53 (Fla. 4th DCA 2016).

SILBERMAN, VILLANTI, and MORRIS, JJ., Concur.